UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN MIRANDA; EVELYN PEREZ,<br><br>                          Plaintiffs,<br><br>           -against-<br><br>YORK HILL HOUSING, INC.; et al.,<br><br>                          Defendants. | 1:24-CV-9792 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE<br>OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs brings this action *pro se*. To proceed with a civil action in this Court, the plaintiffs must either pay a total of $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, each submit a completed and signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiffs have not paid the fees to bring this action. While Plaintiff Evan Miranda has submitted a completed and signed IFP application, Plaintiff Evelyn Perez has not submitted the an IFP application. Within 30 days of the date of this order, Plaintiffs must either pay the $405.00 in fees or Plaintiff Evelyn Perez must complete, sign, and submit the attached IFP application. If Plaintiff Evelyn Perez submits the IFP application, it should be labeled with docket number 1:24-CV-9792 (LTS). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff Evelyn Perez complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff Evelyn Perez fails to comply with this order within the time allowed, her claims will be dismissed.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 8, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge