UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
EVAN MIRANDA and EVELYN PEREZ,                                          :
                                                                        :
                                                Plaintiffs,                   :        24-CV-9792 (JAV)
                                                                        :
                     -v-                                            :        <u>ORDER</u>
                                                                        :
YORKHILL HOUSING INC.,                                                  :
                                                                        :
                                                  Defendant.                     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On March 21, 2025, Plaintiff Evan Miranda submitted a letter to the Court which raises the issue of Evelyn Perez's capacity to represent her own interests due to the onset of dementia. ECF No. 17 at 1. The Court has reviewed this letter and supporting papers and finds that more information regarding Ms. Perez's capacity is necessary, in order to determine if the appointment of a guardian ad litem may be appropriate under Rule 17(c) of the Federal Rules of Civil Procedure.

        Accordingly, Plaintiffs are directed to come forward with medical records evidencing Ms. Perez's diagnoses as they pertain to her ability to prosecute and defend her rights and interests, including, if applicable, a declaration from a treating physician who can attest to Ms. Perez's (1) diagnoses, (2) capacity to make decisions, (3) ability to understand legal proceedings, and (4) any other information relevant to whether she can represent her own interests. If Ms. Perez has already been appointed a guardian or conservator, the submission should identify the individual who has been appointed to act on Ms. Perez's behalf.

        All medical records and declarations should be filed under seal by submitting the documents to the *Pro Se* Intake Unit with notice that the documents are to be filed under seal.

Plaintiffs must comply with this Order by **April 30, 2025**.

Evan Miranda is HEREBY ORDERED to (1) serve a copy of this Order upon Ms. Perez within one day of receipt, and (2) file proof of such service with the Court by **two days after service**.

SO ORDERED.

Dated: April 1, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge