UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EVAN MIRANDA, et al.,                                              :
:
                Plaintiffs,     :     24-CV-09792 (JAV)
:
    -v-                                                           :     <u>ORDER</u>
:
YORK HILL HOUSING INC., et al.                                     :
:
                Defendants.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On October 24, 2025, Defendants First Service Residential New York, Inc. and York Hill Housing, Inc. filed a motion to dismiss the Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF Nos. 52-54. On the same day, Defendant Housing Preservation and Development filed a motion to dismiss the Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF Nos. 55-57.

      On November 5, 2025, Plaintiff Evan Miranda submitted a letter seeking an extension of time to respond to the Defendants' motions to dismiss. ECF No. 58. The request for an extension to file a response to the Motions to Dismiss is **GRANTED**. Plaintiffs' opposition papers shall be filed no later than **January 5, 2026**. Defendant's reply papers shall be filed no later than **January 12, 2026**.

SO ORDERED.

Dated:  November 7, 2025
          New York, New York                                      JEANNETTE A. VARGAS
                                                                           United States District Judge