UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EVAN MIRANDA, et al.,                                              :
:
                             Plaintiffs                            :
          -v-                                                      :          24-CV-09792 (JAV)
:
YORK HILL HOUSING INC., et al.                                    :          ORDER
:
                             Defendants.                           :
------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

          As stated on the record during the conference held on January 6, 2026, the parties shall

appear for a Rule 17(c) hearing on **March 25, 2026,** at **2:00pm** in **Courtroom 11B**, Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

          On **March 18, 2026**, the parties shall submit a joint letter which shall include (1) a list of

any witnesses the parties will seek to call at the hearing; (2) a summary of their expected

testimony; and (3) an estimate of the duration of their testimony.

          Any pre-marked exhibits that the parties seek to submit as evidence, in the formats

required by the Court's Individual Rules and Practices for Hearings and Trials, shall be

submitted to the Court via flash drive by **March 18, 2026.**

          It is FURTHER ORDERED that all deadlines in this matter are hereby **STAYED**

pending the Court's decision on the issue of Ms. Perez's mental capacity and determination of

whether an appointment of a guardian ad litem is required under Rule 17(c).

          SO ORDERED.

Dated: January 7, 2026                          _____
          New York, New York                           JEANNETTE A. VARGAS
                                                       United States District Judge