UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                            :

EVAN MIRANDA et al.,                   :

               :

            Plaintiffs,        :         24-CV-09792 (JAV)

               :

       -v-             :         ORDER

               :

YORK HILL HOUSING, INC., et al.,   :

               :

           Defendant.      :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Before the Court is Plaintiffs' unopposed request to allow next week's guardian ad litem hearing to proceed without live expert testimony from Dr. Wasserstein. ECF No. 70. As Defendants have taken no position on the appointment of a guardian ad litem, and in light of the unequivocal findings in Dr. Wasserstein's report and the Court's own observations of Ms. Perez, the Court finds that due process does not require Dr. Wasserstein to attend the hearing. *See* Fed. R. Civ. P. 17(c); *Neilson v. Colgate-Palmolive Co.*, 199 F.3d 642, 651-52 (2d Cir. 1999).

Accordingly, Plaintiff's request is GRANTED. The Clerk of Court is directed to terminate ECF No. 70.

SO ORDERED.

Dated: March 23, 2026
      New York, New York            _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge