UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

EVAN MIRANDA, et al.,                           :

                        :

               Plaintiffs,           :                 24-CV-09792 (JAV)

                        :

           -v-                    :                  ORDER

                        :

YORK HILL HOUSING INC., et al.        :

                        :

              Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Plaintiff Evan Miranda and Evelyn Perez shall each file an Amended Complaint by August 15, 2026.  Each such complaint shall be filed under this docket number.

       By **August 29, 2026**, the parties shall file a joint letter with their respective proposals regarding how to proceed with respect to each Amended Complaint, including whether a referral to mediation or a magistrate judge for settlement discussions is appropriate.  If any Defendant is intending to file a motion to dismiss with respect to such pleading, the parties shall propose a briefing schedule.

       The Clerk of Court is directed to terminate ECF Nos. 52 and 55 as moot.

SO ORDERED.

Dated: July 2, 2026
       New York, New York                         _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge