UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN MIRANDA, et al.,<br><br>Plaintiffs<br><br>-v-<br><br>YORK HILL HOUSING INC., et al.<br><br>Defendants. | 24-CV-09792 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

On August 4, 2026, counsel for Plaintiff Evan Miranda, through counsel for Ms. Perez, filed a motion for an extension of time to file an amended complaint. ECF No. 88. The Court also received correspondence submitted by Plaintiff Evan Miranda, in which he made a motion for an extension of time to seek new counsel. A copy of that letter is attached to this Order.

Mr. Miranda is represented by counsel in this matter. As long as Mr. Miranda is represented in this matter, he cannot file motions on his own behalf. Mr. Miranda indicates that he intends to discharge his counsel. While that is his right, until his counsel makes a motion to withdraw and the Court approves that motion, Mr. Arias remains counsel of record. All communications with the Court must be through counsel unless the Court orders otherwise.

Mr. Miranda also objected to a letter filed by counsel for Plaintiff Perez, Amy Jane Agnew. Mr. Miranda is reminded that Ms. Agnew is not his attorney. She is not required to consult with him or advise him regarding her litigation strategy with respect to her representation of Ms. Perez. Nor does she require Mr. Miranda's consent in order to file an amended complaint on Ms. Perez's behalf, or to pursue mediation with respect to Ms. Perez's claims.

Plaintiff Miranda's motion for a 30-day extension of time to file an amended complaint is

GRANTED. The Clerk of Court is directed to terminate ECF No. 88.

SO ORDERED.

Dated: August 6, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

8/3/2026

Dear Honorable Judge Vargas,

My attorney, Mr. Arias, has informed me he must step away from the case for personal reasons, which, of course, I understand and sympathize with. On June 26, 2026, Ms. Agnew submitted a letter (ECF Doc. No. 85) expressing her intent to seek mediation with a magistrate judge and requesting leave to file two amended complaints by August 15, 2026.

To be clear, I was completely unaware of Ms. Agnew's expressed intentions for mediation nor would I have approved at this stage. I have no knowledge of said elegant settlement demand and have not been presented with any proposed discussion towards settlement. Furthermore, I have not had any contact with Ms. Agnew since June 25th nor have I ever had any contact with Ms. Berman, the guardian Ad Litem recommended by Ms. Agnew and approved by the court. I have no idea if this is regular or customary and seek guidance from the court.

In light of all of these facts, I would like to make a motion for time to seek other counsel to replace Mr. Arias as well as speak with Ms. Agnew to address my concerns regarding amending the complaints.

Sincerely

Evan Miranda.